[No. 26275-8-III.   Division Three.   September 11, 2008.]

LARRY L. CAMERON ET AL., *Respondents*, v. DONOVAN KHALAR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-05336-7, Salvatore F. Cozza, J., entered July 20, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26621-4-III.   Division Three.   September 11, 2008.]

ANN M. DANIMUS, *Appellant*, v. DANIEL M. COLANGELO, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-03849-0, Kathleen M. O'Connor, J., entered October 23, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26658-3-III.   Division Three.   September 11, 2008.]

*In the Matter of the Estate of* CRAIG PRESTON DuBois.

TANYA V. SIMMONS, *Respondent*, v. CHRISTOPHER P. DuBois ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-4-00179-1, Robert G. Swisher, J., entered November 9, 2007. *Reversed* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.